IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                  No. 4:05CR00026 SWW

PAUL HAROLD HARPOLE

FINAL ORDER OF FORFEITURE

WHEREAS, on February 1, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit $43,000.00 in U.S. Currency[1];

and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Paul Harold Harpole Files had an interest in the property that is subject to

---

[1] The original seized amount was $48,460.00. Defendant was convicted on the forfeiture allegation in the amount of $43,000.00. The remaining balance of $5,460.00 is to be returned to the proper party as soon as the appeal time has run.

forfeiture pursuant to Title 21 U. S. C. Section 853(a);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

a. $43,000.00 in U. S. Currency

is hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853(n)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 27th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE