# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

V.                              NO. 4:05CR00026-001  SWW

PAUL HAROLD HARPOLE                                  DEFENDANT

## ORDER

This matter is before the Court on defendant's motion for early termination of supervised release.  The government has no objection to early termination of defendant's supervised release. The U.S. Probation Office has advised the Court that the defendant has met program goals and objectives for supervision and recommends early termination of supervision.  The Court finds that defendant's motion [doc #115] should be, and hereby is,  ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 17th day of June 2014.

/s/Susan Webber Wright

United States District Judge